UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTOPHER DATTA,

    Plaintiff,

CASE NO.:  8:15-cv-00601-JDW-TBM

vs.

ARMOR CORRECTIONAL HEALTH SERVICES,
INC., a Florida corporation, FRANTZ SIMEON, M.D.,
SONJA CARSTENS, ARNP, LISA BURK, R.N.,
JAMES ATKINSON, R.N., and LARA ENNIS, R.N.

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    Pursuant to Local Rule 3.08, Plaintiff hereby provides notice that the Plaintiff and Defendants have entered into a settlement resolving all claims in this case.

    Respectfully submitted,

/s/ Daniel J. McBreen
Daniel J. McBreen
Florida Bar No. 0580007
Eric D. Nowak
Florida Bar No. 0072271
McBreen & Nowak, P.A.
115 S. Fielding Avenue, Suite 3
Tampa, Florida 33606
Email: dan@mcbreennowak.com
Secondary Email: eric@mcbreennowak.com
Telephone:  (813) 284-4024
Facsimile:  (813) 284-4034
**COUNSEL FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 6, 2016, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send a notice to all counsel of record.

/s/ Daniel J. McBreen
Daniel J. McBreen